IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11343
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROSENDO PEDRAZA-CORDOVA, a/k/a
Rosendo Morales-Cordova,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-240-ALL
---------------------

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Rosendo Pedraza-Cordova ("Cordova") has filed a motion to withdraw and a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967). Cordova has moved this court to dismiss court-appointed counsel and to appoint a new attorney for appeal. Cordova's motion for appointment of substitute counsel is DENIED. Our review of the brief filed by counsel and of the record discloses no nonfrivolous point for appeal. Accordingly, the motion for leave to withdraw is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.